■ FELICIA PONDER, Appellant, v THOMAS C. POLAND et al., Respondents. [737 NYS2d 908] —Appeal from an order of Supreme Court, Erie County (Kane, J.), entered November 1, 2000, which denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kane, J. Present—Hayes, J.P., Wisner, Hurlbutt, Burns and Lawton, JJ.